# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2024-1250
Lower Tribunal No. 21-CA-003252

_____

TOWER HILL PRIME INSURANCE COMPANY a/s/o ANTHONY GIULIANO,

Appellant,

v.

EPIC ROOF AND EXTERIORS, LLC,

Appellee.

_____

Appeal pursuant to Fla. R. App. P. 9.130 from the Circuit Court for Lee County.
James Shenko, Judge.

June 2, 2026

PER CURIAM.

AFFIRMED.

STARGEL, WOZNIAK and WHITE, JJ., concur.


Michael B. Stevens and Mary Grecz, of Derrevere Stevens Black & Cozad, West Palm Beach, for Appellant.

Brian K. Oblow, of Adams and Reese LLP, Tampa, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED